UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LITTLE BEAR WILSON,<br>Plaintiff,<br>v.<br>HIGH DESERT STATE PRISON, et al.,<br>Defendants. | Case No. 2:25-cv-3170-JDP (P)<br><br>ORDER |

On September 30, 2026, plaintiff filed a motion to voluntarily dismiss this case. ECF No. 16. Therein, he requests that the dismissal be "with prejudice." *Id.* at 1. The motion is granted.

Accordingly, it is ORDERED that:

1. Plaintiff's motion for voluntary dismissal, ECF No. 16, is GRANTED. This action is DISMISSED with prejudice.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE